IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA

        Plaintiff,

v.

1.     WILLIAM C. CRABBE,
2.     JAMES S. ROWAN,

        Defendants.

---

**INDICTMENT**
**18 U.S.C. § 2**
**26 U.S.C. §§ 7201, 7202, 7203, 7206(1)**

---

The Grand Jury charges that:

**COUNTS 1-7**
(Failure to Pay Over Employee Federal Payroll Taxes)

1.    At all times material to the indictment, the defendants WILLIAM C. CRABBE and JAMES S. ROWAN, were the owners and principal officers of Columbine HealthCareSystems, Inc. ("Columbine"), a national nurse-staffing agency, placing nurses in short-term work in thirty-seven states, with its offices located in Greeley, Colorado.

2.    At all times material to this indictment, Columbine would charge its clients, such as hospitals, healthcare facilities, and doctor's offices a fee and pay wages to the nurses. Columbine's corporate employees worked at the corporate offices located in Greeley, Colorado, and a few small sales offices located in other states.

3.    Columbine separated the employees into two groups for accounting purposes:

nurses and corporate employees.

4.      At all times material to this indictment, the defendants, WILLIAM C. CRABBE and JAMES S. ROWAN, were required to withhold from payroll checks issued to their employees amounts corresponding to federal income taxes on their taxable wages and salaries, Social Security taxes and Medicare taxes.  The defendants and their company, Columbine, were required to aggregate and pay over these amounts to the Internal Revenue Service by depositing the amounts with a financial institution on a periodic basis.

5.      During the period for quarters ending June 30, 2000, through December 31, 2001, in the State and District of Colorado, the defendants, WILLIAM C. CRABBE and JAMES S. ROWAN deducted and collected from the total taxable wages of the nurses of Columbine, federal income taxes, Social Security taxes, and Medicare taxes in sums as set forth below, did wilfully fail to truthfully account for and pay over to the Internal Revenue Service said federal income taxes, Social Security taxes, and Medicare taxes due and owing to the United States of America for said periods on the due dates set forth below, as follows:

| Count | Quarter Ended | Date Taxes Due | Social Security & Medicare (Employee) | Withheld Income Tax | Total Taxes Owed |
|---|---|---|---|---|---|
| 1 | 6/30/00 | 7/31/00 | $37,693.17 | $54,104.37 | $91,797.54 |
| 2 | 9/30/00 | 10/31/00 | $48,894.89 | $85,939.89 | $134,834.78 |
| 3 | 12/31/00 | 1/31/01 | $62,196.70 | $116,516.48 | $178,713.18 |
| 4 | 3/31/01 | 4/30/01 | $72,144.92 | $129,603.76 | $201,748.68 |
| 5 | 6/30/01 | 7/31/01 | $84,892.53 | $162,472.00 | $247,364.53 |
| 6 | 9/30/01 | 10/31/01 | $98,915.10 | $200,349.21 | $299,264.31 |

| 7 | 12/31/01 | 1/31/02 | $104,475.34 | $211,750.96 | $316,226.30 |

The foregoing is in violation of Title 26, United States Code, Section 7202, and Title 18, United States Code, Section 2.

## COUNTS 8-11

6.     Paragraphs 1 - 3 of this indictment are hereby realleged as if set out in full and incorporated herein by reference.

7.     During the period for quarters ending March 31, 2002, through December 31, 2002, in the State and District of Colorado, the defendants, WILLIAM C. CRABBE and JAMES S. ROWAN deducted and collected from the total taxable wages of the nurses and the corporate employees of Columbine, federal income taxes, Social Security taxes, and Medicare taxes in sums as set forth below, did wilfully fail to truthfully account for and pay over to the Internal Revenue Service said federal income taxes, Social Security taxes, and Medicare taxes due and owing to the United States of America for said periods on the due dates as set forth below, as follows:

| Count | Quarter Ended | Date Taxes Due | Social Security & Medicare (Employee) | Withheld Income Tax | Total Taxes Owed |
|---|---|---|---|---|---|
| 8 | 3/31/02 | 4/31/02 | $123,918.28 | $247,295.37 | $371,213.65 |
| 9 | 6/30/02 | 7/31/02 | $65,931.92 | $244,773.46 | $310,705.38 |
| 10 | 9/30/02 | 10/31/02 | $55,581.77 | $251,870.23 | $307,452.00 |
| 11 | 12/31/02 | 1/31/03 | $94,545.83 | $210,997.16 | $305,542.99 |

The foregoing is in violation of Title 26, United States Code, Section 7202, and Title 18, United States Code, Section 2.

## COUNTS 12 - 18
(Failure to Pay Taxes)

8. Paragraphs 1 - 3 of this indictment are hereby realleged as if set out in full and incorporated herein by reference.

9. During the period for quarters ending June 30, 2000, through December 31, 2001, the defendants, WILLIAM C. CRABBE and JAMES S. ROWAN, were required under the provisions of the Internal Revenue Code to make a return of federal income taxes withheld from wages, Social Security taxes and Medicare taxes; that during said period, defendants WILLIAM C. CRABBE and JAMES S. ROWAN paid wages to their employees which were subject to withholding of federal income taxes, Social Security taxes and Medicare taxes; that, by reason of such facts WILLIAM C. CRABBE and JAMES S. ROWAN were required by law, to match the nurses' Social Security and Medicare taxes due by law; and that well-knowing and believing all of the foregoing, the defendants wilfully failed to pay to the Internal Revenue Service in the District of Colorado, or elsewhere as required by law, Columbine's portion of Social Security taxes and Medicare taxes withheld on the wages paid to the nurses, for each of the calendar quarters on the due dates as set forth below:

| Count | Quarter Ended | Date Taxes Due | Total Taxes Owed |
|---|---|---|---|
| 12 | 6/30/00 | 7/31/00 | $37,693.17 |
| 13 | 9/30/00 | 10/31/00 | $48,894.89 |
| 14 | 12/31/00 | 1/31/01 | $62,196.70 |
| 15 | 3/31/01 | 4/30/01 | $72,144.92 |
| 16 | 6/30/01 | 7/31/01 | $84,892.53 |
| 17 | 9/30/01 | 10/31/01 | $98,915.10 |

| | | | |
|---|---|---|---|
| 18 | 12/31/01 | 1/31/02 | $104,475.34 |

The forgoing was in violation of Title 26, United States Code, Section 7203, and Title 18, United States Code, Section 2.

### COUNTS 19 - 22
(Failure to Pay Taxes)

10.     Paragraphs 1 - 3 of this indictment are hereby realleged as if set out in full and incorporated herein by reference.

11.     During the period for quarters ending March 31, 2002, through December 31, 2002, the defendants, WILLIAM C. CRABBE and JAMES S. ROWAN were required under the provisions of the Internal Revenue Code to make a return of federal income taxes withheld from wages, Social Security taxes and Medicare Taxes; that during said period, defendants WILLIAM C. CRABBE and JAMES S. ROWAN paid wages to their employees which were subject to withholding of federal income taxes, Social Security taxes and Medicare taxes; that, by reason of such facts WILLIAM C. CRABBE and JAMES S. ROWAN were required by law to match the nurses' and corporate employees' Social Security and Medicare taxes due by law; and that well-knowing and believing all of the foregoing, the defendants wilfully failed to pay to the Internal Revenue Service in the District of Colorado, or elsewhere as required by law, Columbine's portion of Social Security and Medicare taxes withheld on the wages paid to the nurses and the corporate employees, for each of the calendar quarters on the due dates as set forth below:

| **Count** | **Quarter Ended** | **Date Taxes Due** | **Total Taxes Owed** |
|---|---|---|---|
| 19 | 3/31/02 | 4/30/02 | $123,918.28 |
| 20 | 6/30/02 | 7/31/02 | $120,109.49 |

| 21 | 9/30/02 | 10/31/02 | $119,019.51 |
| 22 | 12/31/02 | 1/31/03 | $95,071.83 |

The forgoing was in violation of Title 26, United States Code, Section 7203, and Title 18, United States Code, Section 2.

## COUNTS 23- 34
(Filing of False Tax Returns)

12.   Paragraphs 1 - 3 of this indictment are hereby realleged as if set out in full and incorporated herein by reference.

13.   On or about the "Date Filed" dates set forth below, in the State and District of Colorado, the defendant, WILLIAM C. CRABBE did willfully make and subscribe an Employer's Quarterly Federal Tax Return, Form 941, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Employer's Quarterly Federal Tax Return, Form 941, he did not believe to be true and correct as to every material matter, in that the said Employer's Quarterly Federal Tax Return, Form 941, only reflected wages paid to Columbine's corporate employees and excluded nurses' wages that were substantially larger than the wages paid to the corporate employees, for the quarters ending March 31, 1999 through December 31, 2001, as follows:

| **Count** | **Quarter Ended** | **Date Filed** | **Additional Taxes Due and Owing** |
|---|---|---|---|
| 23 | 3/31/99 | 5/30/01 | $67,716.74 |
| 24 | 6/30/99 | 5/30/01 | $78,700.76 |
| 25 | 9/30/99 | 5/30/01 | $76,464.28 |
| 26 | 12/31/99 | 5/30/01 | $104,761.37 |

| 27 | 3/31/00  | 5/30/01  | $105,673.01 |
| 28 | 6/30/00  | 5/30/01  | $129,490.71 |
| 29 | 9/30/00  | 6/01/01  | $183,729.67 |
| 30 | 12/31/00 | 6/15/01  | $240,909.88 |
| 31 | 3/31/01  | 7/25/01  | $273,893.60 |
| 32 | 6/30/01  | 11/05/01 | $332,257.06 |
| 33 | 9/30/01  | 11/26/01 | $398,179.41 |
| 34 | 12/31/01 | 9/06/02  | $420,701.64 |

The foregoing was in violation of Title 26, United States Code, Section 7206(1), and Title 18, United States Code, Section 2.

**COUNT 35**
(Tax Evasion)

14. Paragraphs 1 - 3 of this indictment are hereby realleged as if set out in full and incorporated herein by reference.

15. During calender year 2001, defendant WILLIAM C. CRABBE, a resident of Colorado, had and received taxable income in the sum of approximately $200,000; that upon said taxable income there was owing to the United States an income tax of approximately $78,922; that well-knowing and believing the foregoing facts, WILLIAM C. CRABBE, on or about December 18, 2002, and continuing through on or about May 23, 2003, in the State and District of Colorado, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States for said calendar year 2001 by failing to report the full amount of the income, as required by law, and by committing and causing to be committed the following acts of evasion, including,

(1)  concealing and attempting to conceal income from the United States through the use of a shell company, Global Management LLC, was established to pay management fees to WILLIAM C. CRABBE and JAMES S. ROWAN;

(2) distributing $200,000 in management fees from Global Management to WILLIAM C. CRABBE from February 2001 through December 31, 2001;

(3) instructing his accountant to reclassify the $200,000 in management fees as a note payable to Columbine, in an attempt to avoid paying income tax on the $200,000 in management fees received;

(4) signing, in October 2002, the 2001 U.S. Return of Partnership Income, Form 1065, for Global Management which reclassified the $400,000 in management fees ($200,000 paid to WILLIAM C. CRABBE) to a $400,000 note payable to Columbine;

(5) reflecting on the 2002 Form 1065 for Global Management, on May 23, 2003, the $400,000 note payable, showing no payments had been made against it.

The foregoing was in violation of Title 26, United States Code, Section 7201.

**COUNT 36**
(Tax Evasion)

16.     Paragraphs 1 - 3 of this indictment are hereby realleged as if set out in full and incorporated herein by reference.

17.     During calender year 2001, defendant JAMES S. ROWAN, a resident of Colorado, had and received taxable income in the sum of approximately $200,000; that upon said taxable income there was owing to the United States an income tax of approximately $71,020; that well-knowing and believing the foregoing facts, JAMES S. ROWAN, on or about December

18, 2002, and continuing through on or about May 23, 2003, in the State and District of Colorado, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States for said calendar year 2001 by failing to report the full amount of the income, as required by law, and by committing and causing to be committed the following acts of evasion, including,

   (1)  concealing and attempting to conceal income from the United States through the use of a shell company, Global Management LLC, was established to pay management fees to WILLIAM C. CRABBE and JAMES S. ROWAN;

   (2) distributing $200,000 in management fees to JAMES S. ROWAN from February 2001 through December 31, 2001;

   (3) instructing his accountant to reclassify the $200,000 in management fees as a note payable to Columbine, in an attempt to avoid paying income tax on the $200,000 in management fees received;

   (4) in October 2002, WILLIAM C. CRABBE signed the 2001 U.S. Return of Partnership Income, Form 1065 for Global Management which reclassified the $400,000 in management fees ($200,000 paid to JAMES S. ROWAN) to a $400,000 note payable to Columbine;

   (5) reflecting on the 2002 Form 1065 for Global Management on May 23, 2003, the $400,000 note payable, showing no payments had been made against it.

   The foregoing was in violation of Title 26, United States Code, Section 7201.


                                   A TRUE BILL

                                                          s/Foreperson  
                                                        FOREPERSON

WILLIAM J. LEONE  
United States Attorney

s/Valeria N. Spencer  
By: VALERIA N. SPENCER  
Assistant U.S. Attorney