IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WILLIAM C. CRABBE; and
2.   **JAMES S. ROWAN**,

    Defendants.

## ORDER DIRECTING GOVERNMENT RESPONSE

This matter is before the Court on the following motions filed November 17, 2006 by Defendant James S. Rowan:

| | |
|---|---|
| Dkt. # 37 | Motion for Government to Provide Notice of Rule 404(b) Evidence Regarding Both Defendants; |
| Dkt. # 38 | Motion for Notice of Intent to Offer Expert Testimony, for Report of Experts, and for Disclosure of Results and Methodologies; |
| Dkt. # 40 | Motion for Disclosure of Witness List, Exhibit List, Criminal Records of Government Witnesses, and Other Discovery; and |
| Dkt. # 41 | Motion to Compel the Government to Provide Co-Conspirator Proffer Pursuant to Rule 801(d)(2)(E). |

The United States is directed to file written responses to these motions by **Thursday, December 7, 2006.** Any reply by Mr. Rowan shall be filed no later than **Thursday, December 21, 2006.** These motions will be addressed at the motions hearing for both parties, currently set for January 18, 2007 at 8:30 a.m.

DATED: November 21, 2006

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge