UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00294-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. WILLIAM C. CRABBE, and
**2. JAMES S. ROWAN,**

        Defendants.

_____

## ORDER SETTING HEARING ON *EX PARTE* MOTION
_____

**THIS MATTER** comes before the Court pursuant to Defendant Rowan's counsel's *Ex Parte* Motion to Substitute Counsel **(# 121)**. The Court will conduct a hearing on the motion at **8:30 a.m.** on **Wednesday, June 27, 2007**. Defendant Rowan's presence at the hearing is required, and his counsel shall so advise him immediately.

Dated this 21st day of June, 2007

                                          **BY THE COURT:**

                                          *[signature]*

                                          Marcia S. Krieger
                                          United States District Judge