UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00294-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM C. CRABBE, and
**2. JAMES S. ROWAN**,

    Defendants.

---

### ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#153)** on December 18, 2007, by Defendant James S. Rowan. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **Tuesday, February 19, 2008,** at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for February 11, 2008, and the February

19, 2008, trial date are **VACATED** as to Defendant James S. Rowan, only.

DATED this 19th day of December, 2007.

                                                **BY THE COURT:**

                                                *[signature]*

                                                Marcia S. Krieger
                                                United States District Judge