UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00294-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. WILLIAM C. CRABBE, and
**2. JAMES S. ROWAN,**

       Defendants.
_____

## ORDER DIRECTING COMPETENCE EVALUATION
_____

**THIS MATTER** comes before the Court pursuant to the parties' representations in open court on July 1, 2008.

Pursuant to 18 U.S.C. § 4241, the Court directs that Defendant James Rowan undergo a hearing to determine his competence to be sentenced in this matter. In preparation for that hearing, pursuant to 28 U.S.C. § 4241(b), Defendant Rowan shall undergo a psychological examination by Dr. Susan Bograd, M.D. at a date and time mutually agreeable to the parties and Dr. Bograd. Within 30 days of that examination, Dr. Bograd shall submit a report pursuant to 18 U.S.C. § 4247(c), addressing whether Defendant Rowan is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon the submission of Dr. Bograd's report, the parties shall jointly contact chambers to schedule a hearing to address Defendant Rowan's competence and/or to schedule the sentencing in this matter.

Dated this 16th day of July, 2008

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge