UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00294-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM C. CRABBE, and
**2. JAMES S. ROWAN**,

    Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **October 15, 2008, at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address the issue of whether the Court can sentence a defendant which is intermittently competent and what procedure should be used.

DATED this 3rd day of October, 2008.

                            **BY THE COURT:**

                            Marcia S. Krieger
                            United States District Judge